

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00232-CV

| | | |
|---|---|---|
| Alicia Ramirez | § | From the 43rd District Court |
| | § | of Parker County (CV10-0506) |
| v. | | |
| | § | August 28, 2014 |
| Craig Deen | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Alicia Ramirez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier